IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3100 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX DUNTE GREEN, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

The probation office has been directed by the Clerk to determine whether previously sentenced defendants are entitled to reductions in their sentences as a result of the Fair Sentencing Act of 2010. The probation officer has determined that the defendant is not entitled to a reduction of his sentence as a result of the Fair Sentencing Act of 2010 reasoning that the original sentence reflected a variance down to the statutory minimum sentence of 120 months and because the Guideline calculations do not change the result under the Fair Sentencing Act of 2010. I agree, and therefore,

IT IS ORDERED that the defendant is not entitled to a further reduction in his sentence under the Fair Sentencing Act of 2010. The Clerk shall provide a copy of this Memorandum and Order to USPO Ford, AUSA Lehr, Greg Damman and the defendant.

DATED this 2nd day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge